**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jeffrey Ezekiel BECKS, Defendant—Appellant.**

No. 09–6060.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2009.

Decided: May 28, 2009.

Jeffrey Ezekiel Becks, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Ezekiel Becks appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. *See United States v. Hood,* 556 F.3d 226, 232–33 (4th Cir.2009). Accordingly, we affirm for the reasons stated by the district court. *United States v. Becks,* No. 3:04–cr–00250–RJC–CH–10, 2008 WL 5236030 (W.D.N.C. Dec. 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*